**Fill in this information to identify the case:**

Debtor 1 ___Robert J Stadnicki Jr.___

Debtor 2 ___Jennifer G Stadnicki___
(Spouse, if filing)

United States Bankruptcy Court for the: ___Eastern District of Pennsylvania___
(State)

Case number ___15-17519-elf___

# Official Form 4100R

## Response to Notice of Final Cure Payment                                10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of creditor: RoundPoint Mortgage Servicing Corporation    **Court claim no.** (if known): 16

Last 4 digits of any number you use to identify the debtor's account: 1578

Property address:

**603 Hirst Avenue
Havertown, PA 19083**

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payments from the debtor(s) is due on:    ___/__/____
                                                                                          MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with §1322(b)(5) of the Bankruptcy Code, include all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                                                           ( a )  $2,895.34
b. Total fees, charges, expenses, escrow, and costs outstanding:                         ( b )  $0.00
c. **Total.** Add lines a and b.                                                                                       ( c )  $2,895.34

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments(s) that first became due on:    **12/01/2020**
                                                                                                                 MM/DD/YYYY

Official Form 4100R                **Response to Notice of Final Cure Payment**                page 1

| Debtor 1 | Robert J Stadnicki Jr. | Case number (*if known*) 15-17519-elf |
|---|---|---|

### Part 4: Itemized payment History

If the creditor disagrees in Part 2 that the prepetition arrearage had been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

X  /s/ Daniel P. Jones     Date January 7, 2021
   Signature

Print:     Daniel P.            Jones
           First Name  Middle Name  Last Name

Title:    Attorney for Creditor

Company   Stern & Eisenberg, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address:
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

Contact phone (215) 572-8111                 Email: djones@sterneisenberg.com

| |
|---|
| <div align="center">Certificate of Service</div> |
| I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date. |
| Date:  January 7, 2021 |

Brad J Sadek
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com
*Counsel for Debtor*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Robert J Stadnicki Jr.
603 Hirst Avenue
Havertown, PA 19083

Jennifer G Stadnicki
603 Hirst Avenue
Havertown, PA 19083
*Debtor(s)*

                                                  By:   _/s/ Daniel P. Jones_
                                                        Daniel P. Jones   FBN: 321876
                                                        Stern & Eisenberg, PC
                                                        djones@sterneisenberg.com
                                                         Attorney for Creditor